**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRYAN CRAIG FLANDERS,<br><br>Plaintiff,<br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>Defendant. | Case No. 1:17-cv-05920<br><br>Honorable Judge John Robert Blakey<br><br>Magistrate Honorable Susan Cox |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRYAN CRAIG FLANDERS, and the Defendant, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, through their respective counsel that the above-captioned action is dismissed, with prejudice, against BLUESTEM BRANDS, INC. d/b/a FINGERHUT, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 2, 2018

Respectfully Submitted,

**BRYAN CRAIG FLANDERS**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
nvolheim@sulaimanlaw.com

**BLUSTEM BRANDS, INC.**
**d/b/a FINGERHUT**

/s/ Ryan G. Milligan (*with consent*)
Ryan G. Milligan
*Counsel for Defendant*
Faegre Baker Daniels LLP
311 S. Wacker Dr., Suite 4300
Chicago, IL 60606
Phone: (312) 212-6515
Ryan.Milligan@FaegreBD.com